# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PITZER COLLEGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INDIAN HARBOR INSURANCE COMPANY and DOES 1-10,<br><br>　　　　　Defendant. | Case No. CV13-05863-GW(Ex)<br><br>**JUDGMENT** |

On May 22, 2014, the Court heard oral argument on Indian Harbor Insurance Company ("Indian Harbor")'s Motion for Summary Judgment against Pitzer College ("Pitzer"), filed on April 24, 2014. On May 22, 2014, the Court issued a Minute Order granting Indian Harbor's motion and adopting the 14-page tentative attached thereto as the Court's Final Ruling (see Docket No. 27). In consideration thereof,

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Indian Harbor and against Pitzer.

Accordingly, Pitzer takes nothing, and its complaint is dismissed with prejudice. Indian Harbor is the prevailing party, and judgment is entered in its favor. Furthermore, Indian Harbor, as the prevailing party, is awarded its costs.

///

1     IT IS SO ORDERED AND ADJUDGED.

3     Dated: June 3, 2014

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

DM1/4706477

[PROPOSED] JUDGMENT        Case No. CV13-05863-GW (Ex)